[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-16563
Non-Argument Calendar

_____

D.C. Docket No. 5:15-cv-02221-CLS

STEVE PARTON,

Plaintiff-Appellant,

versus

BLAKE DORNING,
STEVE WATSON,
CURTIS SANDERS,
CHRIS STEPHENS,
CHARLES BERRY, et al.,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(September 29, 2017)

Before HULL, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Plaintiff-Appellant Steve Parton appeals the district court's order dismissing with prejudice his amended complaint filed pursuant to 42 U.S.C. § 1983.  Parton, who was an officer with the Madison County, Alabama Sheriff's Department, filed his § 1983 action after he was arrested for, and charged with, the theft of a gun that he removed from a crime scene.  The theft charge was later dismissed.  Parton's amended complaint alleged a Fourth Amendment claim of false arrest against thirteen officers with the Madison County Sheriff's Department and three Alabama district attorneys, all in their individual capacities.

The district court dismissed Parton's claims against the sheriff's department defendants based on qualified immunity because the facts as alleged in the amended complaint showed they had at least arguable probable cause to arrest Parton for either theft or tampering with physical evidence.  Among other things, Parton's amended complaint indicates that he gave the gun found by the fire department in the bed of the victim's truck to a third person and did not turn it in as potential evidence.  The district court dismissed Parton's claims against the district attorney defendants based on absolute immunity.

2

After careful consideration of the parties' briefs and the record, we find no reversible error in the district court's June 29, 2016 order and affirm the district court's dismissal of Parton's amended complaint with prejudice.

**AFFIRMED.**